IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM B. LAY,

    Plaintiff,

v.                                          CASE NO. 1:11-cv-167-MP-GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiffs' *pro se* Complaint (Doc. 1). Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983 or 2000e (Title VII), 28 U.S.C. §§ 1331 or 1346, shall be considered by the court unless the appropriate forms have been properly completed, signed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2). Plaintiff must submit an "Amended Complaint," designated as such, on court forms which will be provided to him by the Clerk of Court.

**ORDERED:**

1. The Clerk of Court is directed to forward to Plaintiff one (1) civil rights complaint form for non-prisoner *pro se* litigants.

2. Plaintiff shall have until **September 24, 2011**, to file an amended complaint on the proper form with an identical service copy for each defendant.

3. Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an Order of this Court.

**DONE AND ORDERED** this 25th day of August 2011.


*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge