IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM B. LAY,

    Plaintiff,

v.                                                  CASE NO. 1:11-cv-167-MP-GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiffs' *pro se* First Amended Complaint (Doc. 9). Plaintiff wishes to file suit under the Federal Tort Claims Act (FTCA) for what he alleges was negligent medical treatment by the Department of Veterans Affairs Hospital in Gainesville, Fla. In Plaintiff's initial complaint (Doc. 1), he named the United States of America as the Defendant. In his first amended complaint, (Doc. 9), Plaintiff names the two Department of Veterans Affairs physicians he alleges acted negligently as Defendants. Plaintiff is advised that the United States is the proper Defendant and he must amend his complaint to reflect this. *See* 28 U.S.C. § 1346(b). In Plaintiff's First Amended Complaint he has left the "Relief Requested" portion of the form blank. Plaintiff is advised that he must complete this portion of the form so the Court knows what he wants if he should prevail in the suit (i.e., monetary damages).

    **ORDERED:**

    1. The **Clerk of Court** is directed to forward to Plaintiff one civil rights complaint form for non-prisoner *pro se* litigants.

    2. Plaintiff shall fully complete the complaint form using clearly legible type or

handwriting.  In amending his Complaint, Plaintiff shall not refer back to his original Complaint or First Amended Complaint and shall not incorporate any part of his original Complaint or First Amended Complaint by reference.  Plaintiff shall file the Second Amended Complaint, titled as such, together with an identical copy of the Second Amended Complaint for each defendant, **on or before January 5, 2012.**  Plaintiff's changes should reflect the United States of America is the proper defendant and should include some sort of relief requested.

3.  Failure to respond to this order as instructed will result in a recommendation dismissal of this action for failure to prosecute and failure to comply with an Order of this Court.

**DONE AND ORDERED** this 5th  day of December 2011.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge